IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA CYNTHIA VELA | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-00229 |
| | § | JURY DEMANDED |
| SUSSEX INSURANCE COMPANY AND | § | |
| ROGER PALACIOS | § | |
|    Defendant | § | |

## AGREED STIPULATION OF DISMISSAL FOR PLAINTIFF

Plaintiff and Defendants Sussex Insurance Company and Roger Palacios file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Plaintiff is Maria Cynthia Vela, Defendants are Sussex Insurance Company and Roger Palacios.

2. On March 25, 2016, Plaintiff sued Defendants in the 398th Judicial District Court, Hidalgo County, Texas, Cause No. C-1375-16-I.  On April 29, 2016, Sussex Insurance Company filed its Original Answer.  On April 29, 2016 Roger Palacios filed his Original Answer. On May 11, 2016, Sussex Insurance Company filed its Notice of Removal.

3. On or about November 16, 2016 the parties settled this case.  As a result of this settlement, all issues in the above-styled and numbered litigation have been fully and finally settled.  Plaintiff now moves to dismiss the suit against Defendants.

4. Defendants agree to the dismissal.

5. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

9. This dismissal is with prejudice.

Respectfully submitted

By:    /s/Mikell A. West
Mikell A. West
Attorney-in-charge
State Bar No. 24070832
Southern Dist. No. 1563058
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361) 654-7001
mwest@gnqlawyers.com

**ATTORNEY FOR DEFENDANTS, SUSSEX   INSURANCE COMPANY AND ROGER PALACIOS**

*Of counsel:*

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 5959
Brownsville, Texas 78523
Telephone (956) 544-7110
Fax: (956) 544-0607

William Gault
State Bar No. 07765050
Southern Dist. No.14685
bgault@gnqlawyers.com

GAULT, NYE & QUINTANA, L.L.P.
P.O. Box 6666
Corpus Christi, Texas 78466
Telephone: (361) 654-7008
Fax: (361)654-7001

Thomas F. Nye
State Bar No. 15154025
Southern Dist. No. 7952
tnye@gnqlawyers.com

Donald W. Elliott, Jr.
State Bar No. 24097651
Southern Dist. No. 2783040
delliott@gnqlawyers.com

By:    */s/Michael Lawrence*  
Larry W. Larence, Jr.  
State Bar No. 00794145  
Michael Lawrence  
State Bar No. 24055826  
3112 Windsor Rd., Suite A234  
Austin, Texas 78703  
Telephone: (956) 994-0057  
Telecopier: (800) 507-4152  
lawrencefirm@gmail.com  

**COUNSEL FOR PLAINTIFF,**  
**MARIA CYNTHIA VELA**  
*\*Signed with permission*

## CERTIFICATE OF SERVICE

     I certify that on March 6, 2017, a copy of the parties' Agreed Stipulation of Dismissal was *electronically filed* on the CM/ECF system, and will be served on the following attorney in charge for Plaintiff, Maria Cynthia Vela, via electronic filing or regular mail:

Larry W. Lawrence, Jr.  
Michael Lawrence  
Lawrence Law Firm  
Email: lawrencefirm@gmail.com

**VIA E-FILING**

   /s/Mikell A. West  
Mikell A. West
