United States District Court
Southern District of Texas
**ENTERED**
March 07, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MARIA CYNTHIA VELA, | § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 7:16-CV-229 |
| SUSSEX INSURANCE COMPANY, *et al*, | § § | |
| Defendants. | § | |

## ORDER ON AGREED STIPULATION OF DISMISSAL

After considering the Parties' Stipulation of Dismissal of the claims brought by Plaintiff Maria Cynthia Vela, (Dkt. No. 13), the Court

**GRANTS** the stipulation and **DISMISSES** the case with prejudice as to All Defendants.

All settings are hereby cancelled.

SO ORDERED this 7th day of March, 2017, at McAllen, Texas.

_____
Randy Crane
United States District Judge